# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER ANTHONY DE FEO,** <br> Plaintiff, | : <br> : <br> : |
| v. | :    **CIVIL ACTION NO. 19-CV-4912** |
| **ESQUIRE ROBERT B. EYRE,** <br> Defendant. | : <br> : <br> : |

FILED
OCT 31 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 31st day of October, 2019, upon consideration of Plaintiff Peter Anthony DeFeo's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons in the Court's Memorandum. DeFeo's federal claim is **DISMISSED WITH PREJUDICE** and his state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
C. DARNELL JONES, II, J.